﹩AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN L. ANDERSON, Derivatively on Behalf of Nominal Defendant BLACK BOX CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY M. BOETTICHER, FREDERICK C. YOUNG, ANNA M. BAIRD, KATHLEEN BULLIONS, FRANCIS WERTHEIMBER, MOACYR SAMPAIO, ROGER E.M. CROFT, MICHAEL MCANDREW, BRIAN D. YOUNG, WILLIAM F. ANDREWS, THOMAS G. GREIG, WILLIAM R. NEWLIN, MICHAEL E. BARKER AND WILLIAM NORRED,<br><br>Defendants,<br><br>and<br><br>BLACK BOX CORPORATION,<br><br>Nominal Defendant. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>**06  1531** |

TO:   (Name and address of defendant)

ANNA M. BAIRD
c/o BLACK BOX CORPORATION
1000 Park Drive
Lawrence, Pennsylvania 15055

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alfred G. Yates Jr, Esquire (PA17419)
LAW OFFICE OF ALFRED G. YATES JR, P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
412/391-5164

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*R.V. Barth, J.*
CLERK

*Edward Taylor*
(By) DEPUTY CLERK

**NOV 16 2006**
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/16/06 |
| NAME OF SERVER (PRINT) JAMES M. FANDRAY | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned _____

☒ Other   By serving a copy of the Summons and Complaint upon Lisa Schmiel, Administrative Assistant, Legal Department, Black Box Corporation, (724) 873-6627

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/06
               Date

Signature of Server

James M. Fandray
822 Rolling Rock Rd
Pittsburgh, PA 15234
(412) 341-0887

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.