✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re BLACK BOX CORPORATION DERIVATIVE LITIGATION | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: **No. 2:06-CV-01531 TMH** |

TO:     (Name and address of defendant)

RONALD D. FISHER
99 Kirkstall Road
Newton, MA 02460-2245

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alfred G. Yates Jr, Esquire (PA17419)
LAW OFFICE OF ALFRED G. YATES JR, P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
412/391-5164

an answer to the complaint which is served on you with this summons, within     twenty (20)     days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| CLERK | DATE |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned _____

☐ Other _____

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                  Signature of Server

                                                                  _____
                                                                  Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.