UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re BLACK BOX CORPORATION DERIVATIVE LITIGATION | ) No. 2:06-cv-1531-TMH ) ) ) |
| This Document Relates To: ALL ACTIONS | ) ) ) **VIA ELECTRONIC FILING** |

## ACCEPTANCE OF SERVICE

The undersigned hereby accepts service of the Consolidated Verified Shareholder Derivative Complaint on behalf of Ronald D. Fisher in the following action:

| *Abbreviated Case Name* | *Case Number* | *Date Filed* |
|---|---|---|
| In re BLACK BOX DERIVATIVE LITIGATION | No. 2:06-cv-1531-TMH | January 29, 2007 |

Dated: March 20, 2007     By:   s/ Arthur H. Stroyd, Jr.
                                Arthur H. Stroyd, Jr. (PA I.D. No.: 15910)
                                DEL SOLE CAVANAUGH STROYD LLC

                                The Waterfront Building, Suite 300
                                200 First Avenue
                                Pittsburgh, PA 15222

                                        Telephone: (412) 261-2172
                                        Facsimile:  (412) 261-2110
                                        astroyd@dscslaw.com

                                Attorney for Defendant,
                                RONALD D. FISHER