UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re BLACK BOX CORPORATION DERIVATIVE LITIGATION | ) ) ) ) No. 2:06-cv-1531-JFC |
| This Document Relates To: ALL ACTIONS | ) ) ) ) **ELECTRONICALLY FILED** |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO CONSOLIDATED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

WHEREAS, on August 31, 2007, Plaintiffs filed a First Amended Consolidated Verified Shareholder Derivative Complaint (Docket No. 79); and

WHEREAS, by Order dated January 30, 2008 (Docket No. 91), this Court extended the time for all defendants to answer or otherwise respond to the First Amended Consolidated Verified Shareholder Derivative Complaint to May 2, 2008; and

WHEREAS, the parties have commenced discussions which may lead to a settlement and wish to devote resources to a possible settlement rather than motions and briefs; and

WHEREAS, the Court conducted a telephone status conference on April 22, 2008, during which the Court was apprised of the progress toward settlement; and

WHEREAS, the parties wish to extend the date for all served defendants to answer, move or otherwise respond to the First Amended Consolidated Verified Shareholder Derivative Complaint to September 15, 2008; and

WHEREAS, the agreed upon extended schedule is not for purposes of delay, promotes judicial efficiency and litigant cost-saving and will not cause prejudice to any party.

THEREFORE, it is stipulated and agreed by plaintiffs, Black Box Corporation and all individual defendants, through their respective counsel of record, as follows:

PI-1779722 v2

1.  The date by which all defendants, including the Nominal Defendant Black Box Corporation, shall answer or otherwise respond to the First Amended Consolidated Verified Shareholder Derivative Complaint is extended to September 15, 2008.  In the event any defendant files a motion in response to the First Amended Consolidated Verified Shareholder Derivative Complaint, plaintiffs shall have sixty (60) days to respond to such motion and movant shall have an additional twenty (20) days thereafter to reply.

Dated:  April 21, 2008    /s/ Alfred G. Yates, Jr.
                          Alfred G. Yates, Jr.
                          Pa. I.D. #17419
                          519 Allegheny Building
                          429 Forbes Avenue
                          Pittsburgh, PA 15219
                                Tel.  412.391.5164
                                Fax   412.391.5164

                          Eric L. Zagar
                          Michael J. Hynes
                          Lee D. Rudy
                          James A. Maro
                          SCHIFFRIN BARROWAY TOPAZ &
                          KESSLER, LLP
                          280 King of Prussia Road
                          Radnor, PA 29087
                                Tel.  610-667-7706

                          Robert Weiser
                          THE WEISER LAW FIRM, P.C.
                          121 N. Wayne Avenue, Suite 100
                          Wayne, PA 19087
                                Tel.  610-225-2677

                          ATTORNEYS FOR PLAINTIFFS


                          /s/ Thomas R. Johnson
                          Thomas R. Johnson
                          Pa. I.D. #11428

- 3 -

|  |  |
|---|---|
|  | David A. Brownlee<br>Pa. I.D. #00132<br><br>Patrick J. McElhinny<br>Pa. I.D. #53510<br><br>KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>Firm #148<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>    Tel.  412.355.6488<br>    Fax  412.355.6501<br><br>ATTORNEYS FOR NOMINAL DEFENDANT, BLACK BOX CORPORATION |
| Bruce Baird<br>David B. H. Martin<br>Virginia M. Rosado Desilets<br>Alexia DePottere-Smith<br><br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW<br>Washington, DC 20004-2401<br>    Tel.  202.662.5122<br>    Fax  202.662.6291 | /s/ Anthony J. Basinski<br>William Pietragallo, II<br>Anthony J. Basinski<br><br>PIETRAGALLO, BOSICK & GORDON, LLP<br>One Oxford Centre – 38th Floor<br>Pittsburgh, PA 15219<br>    Tel.  412.263.1818<br>    Fax  412.261.5295<br><br>ATTORNEYS FOR DEFENDANT WILLIAM R. NEWLIN |

| | |
|---|---|
| George J. Skelly<br>Andrew J. Hachey<br><br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>    Tel.  617.345.1220<br>    Fax  866.294.7517<br><br>Dominick DeChiara<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, NY 10022<br>    Tel.  212.940.3772<br>    Fax  866.402.0836 | /s/ Daniel B. McLane<br>Daniel B. McLane<br><br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>U.S. Steel Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>    Tel.  412.566.1984<br>    Fax  412.566.6099<br><br>ATTORNEYS FOR DEFENDANT<br>BRIAN YOUNG |
| | /s/ William F. Ward<br>William F. Ward<br>Pa. I.D. #25266<br><br>WARD McGOUGH, LLC<br>Koppers Building<br>436 Seventh Avenue - Suite 2312<br>Pittsburgh, PA 15219<br>    Tel.  412.395.1245<br>    Fax  412.395.1246<br><br>ATTORNEYS FOR DEFENDANT<br>MICHAEL MCANDREW |
| Jeffrey T. Gilbert<br><br>REED SMITH LLP<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>    Tel.  312.207.6489<br>    Fax  312.207.6400 | /s/ W. Thomas McGough, Jr.<br>W. Thomas McGough, Jr.<br>Jason E. Hazlewood<br><br>REED SMITH LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>    Tel.  412.288.3088<br>    Fax  412.288.3063<br><br>ATTORNEYS FOR DEFENDANT<br>FREDERICK C. YOUNG |

- 5 -

./s/ Arthur H. Stroyd, Jr.
Arthur H. Stroyd, Jr.

DEL SOLE CAVANAUGH STROYD LLC
The Waterfront Building – Suite 300
200 First Avenue
Pittsburgh, PA 15222
    Tel.  412.261.2172
    Fax  412.261.2110

ATTORNEYS FOR DEFENDANT
RONALD FISHER

/s/ Robert M. Linn
Richard R. Nelson II
Robert M. Linn

COHEN & GRIGSBY, P.C.
11 Stanwix Street – 15th Floor
Pittsburgh, PA 15222
    Tel.  412.297.4900
    Fax  412.209.0672

ATTORNEYS FOR DEFENDANTS
WILLIAM F. ANDREWS AND
THOMAS G. GREIG

|  |  |
|---|---|
|  | /s/ Thomas S. Jones |
|  | Paul M. Pohl |
|  | Thomas S. Jones |
|  |  |
|  | JONES DAY |
|  | One Mellon Center |
|  | 500 Grant Street, 31st Floor |
|  | Pittsburgh, PA 15219-2502 |
|  |     Tel.  412.394.7900 |
|  |     Fax  412.394.7959 |
|  |  |
|  | ATTORNEYS FOR DEFENDANT |
|  | JEFFREY M. BOETTICHER |
|  |  |
|  | /s/ Jay D. Marinstein |
|  | Jay D. Marinstein |
|  | Carl J. Rychcik |
|  |  |
|  | FOX ROTHSCHILD LLP |
|  | Dominion Tower |
|  | 625 Liberty Avenue – 29th Floor |
|  | Pittsburgh, PA 1222-3115 |
|  |     Tel.  412.394.5526 |
|  |     Fax  412.391.6984 |
|  |  |
|  | ATTORNEYS FOR DEFENDANT |
|  | KATHLEEN BULLIONS |
|  |  |
|  | /s/ Rochelle R. Koerbel |
| Martin J. Weinstein | Rochelle R. Koerbel |
| Amy R. Fitzpatrick |  |
| James C. Dugan | BLUMLING & GUSKY, LLP |
|  | 1200 Koppers Building |
| WILLKIE FARR & GALLAGHER LLP | Pittsburgh, PA 15219 |
| 1875 K Street, N.W. |     Tel.  412.227.2500 |
| Washington, DC 20006-1238 |     Fax  412.227.2050 |
|  |  |
|  | ATTORNEYS FOR DEFENDANT |
|  | ANNA BAIRD |

                /s/ William M. Wycoff
                William M. Wycoff
                Samuel J. Stoller

                THORP REED & ARMSTRONG
                One Oxford Centre
                301 Grant Street – 14th Floor
                Pittsburgh, PA 15219
                      Tel.  412.394.7782
                      Fax  412.394.2555

                ATTORNEYS FOR DEFENDANTS
                FRANCIS WERTHEIMBER AND
                ROGER E. M. CROFT